## Equipment Inventory

This needs to be completed and faxed to the corporate office on the 15th of each month. Be sure you account for all equipment and resolve any discrepancies before sending it in. This must be signed by the manager in charge of the equipment.

Items to be included:

DC 5's
Scanners
Laptops
Base Stations
Scales

If you are missing an item:

Corporate will notify you of any discrepancies within 2 days of receipt of your inventory report. You will be provided 5 days to show proof of having the item (physically show the item to your District Manager).

If the item is still missing: a payroll deduction of $100 per missing item per pay period will be withheld until item is paid for. If the item is found at a later date, monies withheld for that item will be repaid unless other outstanding funds are owed.

Repayment scale is as follows:

| | |
|---|---|
| DC5 | $1600 |
| Laptop | $1000 |
| Base Station | $1200 |
| Scanner | $250 |
| Scale | $100 |

## Equipment Transfer Agreements

ANY TIME you hand off equipment to another branch or manager, you MUST complete and fax an equipment transfer form to Corporate. Make sure both parties sign the agreement, and keep this on file for your records. If you are shipping equipment, include the tracking number on the transfer form.

Keeping track of equipment is not only critical for the company and our inventories, but financial responsibility lies with the manager who has signed for the equipment.

Exhibit 2