UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

## ORDER

**IT IS ORDERED** that United States District Judge A. J. McNamara of the Eastern District of Louisiana, and the Eastern District of Louisiana Magistrate Judges, as designated, be assigned to conduct proceedings and perform all duties as may be required in the below referenced cases.

| Civil Action Number | Judge | Magistrate Judge Division | Description |
|---|---|---|---|
| 08-162 | D | 4 | Blanchard, et al v. State Farm Mutual Automobile Insurance Company |
| 08-709 | D | 2 | Cooper v. Alford, et al |
| 09-89 | D | 4 | Cinemark USA, Inc. V. Perkins Rowe Associates, LLC |
| 09-320 | D | 3 | Advantage Media Group v. Smart Discipline, LLC, et al |
| 09-661 | D | 1 | Martin v. Wilstaff, Inc. |
| 09-766 | D | 5 | Frusha v. Vascular Specialty Associates of Baton Rouge, APMC |
| 09-862 | D | 2 | Russ v. American Security Insurance Company |
| 09-967 | D | 4 | Beltran v. Schindler Elevator Corporation, et al |
| 09-1105 | D | 1 | Frey, et al v. American International Specialty Lines Ins Co, et al |
| 10-68 | D | 3 | Brookins v. MSI Inventory Service Corporation |

**IT IS FURTHER ORDERED** that the Local Rules of the Eastern District of Louisiana will apply to these cases.

Baton Rouge, Louisiana, this 4th day of February, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge Ralph E. Tyson