UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
*Reassigned from the Middle District of Louisiana by*
*Chief Judge Ralph E. Tyson on 2/4/2010*

| | | |
|---|---|---|
| VINCENT L. BROOKINS | * | CIVIL ACTION 3:10-cv-00068-JVP-DLD |
| | * | |
| | * | |
| VERSUS | * | JUDGE MCNAMARA |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| MSI INVENTORY | * | |
| SERVICE CORPORATION | * | JURY DEMAND |

**************************************************************************

# FIRST AMENDED COMPLAINT

Plaintiff Vincent L. Brookins, by his attorney, Paul F. Bell, amends his Complaint as follows:

## FACTUAL ALLEGATIONS

Statutory Coverage

71. Defendant MSI Inventory Service Corporation was engaged in commerce or in the production of goods for commerce with annual gross volume of sales made or business done of not less than $500,000 during the years in which the dispute of this lawsuit occurred.

           Respectfully submitted,

           /s/ Paul F. Bell
           Paul F. Bell (#30391)
           Bell Law Firm, L.L.C.
           4949 Tulane Drive
           Baton Rouge, LA 70808
           (225) 246-2325 (504) 638-0631 cell

Facsimile: 888-812-7933
bz9@cox.net
*Attorney for Vincent L. Brookins*

**SERVICE INFORMATION**

Plaintiff will serve this First Amended Complaint to the Defendant's agent of service. Since the Defendant has not returned his Waiver of Service, the Complaint will also be issued to the same agent of service:

    CORPORATION SERVICE COMPANY
    Agent of Service for MSI INVENTORY SERVICE CORPORATION
    320 SOMERULOS ST.
    BATON ROUGE, LA 70802-6129

and by email to the Defendant's counsel:

    Akers & Bobo, PLLC
    Michael A. Akers
    20 Eastgate Drive, Suite D
    P.O. Box 280
    Brandon, MS 39043
    601-825-4566    825-4588 fax
    mikeakers@akersbobo.com

Signed the 17th day of March, 2010,

/s/ Paul F. Bell
Paul F. Bell, Attorney for Plaintiff

Page -2-

Case 3:10-cv-00068-AJM-DEK   Document 4   03/16/10   Page 2 of 2